UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIDIA RODRIGUES, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS, INC., MENU FOODS MIDWEST CORPORATIONS, MENU FOODS INCOME FUND, MENU FOODS LIMITED.<br><br>Defendants. | CASE NO.: 07-10745 |

## NOTICE OF POTENTIAL TRANSFER OF POTENTIAL TAG-ALONG CASE AND REQUEST FOR CONTINUANCE OF STAY OF PROCEEDINGS

On June 19, 2007, the Judicial Panel on Multidistrict Litigation (the "JPML") issued the attached Transfer Order, creating a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL"), and assigning the MDL to Judge Noel L. Hillman of the District of New Jersey.

As required by Rules 1.1, 7.4, and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, this case has been identified to the Panel as a "tag-along" case (*see* attached Notice of Related Action submitted to the JPML, dated June 28, 2007.)

In light of the likely imminent transfer of this case, Defendants Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, and Menu Foods, Inc., request

that the stay of proceedings stipulated to by the parties (*see* Stipulation and [Proposed] Order Staying All Proceedings and for Preservation of Evidence, dated and filed June 13, 2007) remain in place pending transfer to the MDL, in order to serve the interests of judicial economy.

Dated:   July 2, 2007
        Boston, Massachusetts

                                      Respectfully submitted
                                      Defendants',
                                      By their attorney,

                                      /s/ Maureen E. Lane
                                      Richard J. Shea, BBO: #456310
                                      Maureen E. Lane, BBO: #645312
                                      Melick, Porter & Shea, LLP
                                      28 State Street, 22nd Floor
                                      Boston, Massachusetts 02109
                                      Telephone: (617) 523-6200
                                      Facsimile: (617) 523-8130

     I, Maureen E. Lane, hereby certify that on this day, I forwarded notice of the foregoing document(s) by filing electronically a copy with notice to the following counsel of record:

Brian R. Cunha
311 Pine Street
Fall River, MA 02720
Telephone: 508-675-9500
Facsimile: 508-679-6360
GeneRichard@wrhmlaw.com

                                        /s/ Maureen E. Lane
                                        Maureen E. Lane

Dated: July 2, 2007